# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. WILLIAMS | : |
| Plaintiff, | : |
| v. | :  CA 16-00071-C |
| TELETRACKING TECHNOLOGIES, INC., | : |
| Defendant. | : |

## ORDER

This cause is before the undersigned on the Motion for Admission *Pro Hac Vice* (Doc. 7) filed by the Defendant. Upon a review of the motion, it is hereby **ordered, adjudged,** and **decreed** that the motion is **GRANTED** and counselor Catherine S. Ryan, as a member in good standing of the Bar of the United States District Court for the Western District of Pennsylvania, who has complied with the rules of this Court, be and is hereby admitted *pro hac vice* to serve the interests of justice in the above-entitled cause.

**DONE** and **ORDERED** this the 31st day of March 2016.

  s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**