IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. WILLIAMS, | |
| *Plaintiff,* | |
| v. | Civil Action No. 16-cv-0071-CG-C |
| TELETRACKING TECHNOLOGIES, INC., | |
| *Defendant.* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William M. Williams and Defendant TeleTracking Technologies, Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

THE GARDNER FIRM, P.C.

_____
Mary E. Olsen
Thomas M. Loper (LOPET8947)
210 S. Washington Avenue
Mobile, AL 36602
T: (251) 433-8100
E: molsen@thegardnerfirm.com
   tloper@thegardnerfirm.com

*Attorneys for Plaintiff*

REED SMITH LLP

_____
Catherine S. Ryan (*admitted pro hac vice*)
James A. Holt (*admitted pro hac vice*)
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
T: (412) 288-4226 / F: (412) 288-3063
E: csryan@reedsmith.com
   jholt@reedsmith.com

MAYNARD COOPER & GALE, P.C.

Mark L. Redditt (REDDM5141)
H. Finn Cox, Jr. (COXHE6462)
11 North Water Street, Suite 27000
Mobile, AL 36602
T:   (251) 432-0001 / F:   (251) 432-0007
E:   mredditt@maynardcooper.com
     fcox@maynardcooper.com

*Attorneys for Defendants*